**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6666**

———————

JOHN TIMOTHY SMITH,

                                        Plaintiff - Appellant,

        versus

LACORICK BRIDGES; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (2:04-cv-23334-PMD)

———————

Submitted: September 28, 2006        Decided: October 6, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Timothy Smith, Appellant Pro Se.  James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Timothy Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Bridges, No. 2:04-cv-23334-PMD (D.S.C. Oct. 21, 2005). We deny Smith's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED